# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE WYATT an individual, and JAMES WYATT, an individual<br><br>               Plaintiffs,<br><br>      v.<br><br>FORD MOTOR COMPANY, a corporation; and DOES 1 through 75, inclusive | Case No. 2:17-cv-01759-WBS-CKD<br><br>**ORDER REGARDING CONTINUANCE OF SCHEDULING CONFERENCE AND RELATED DOCUMENTS** |

PROPOSED ORDER RE CONT. OF SCHEDULING CONFERENCE AND RELATED DOCS

Case No. 2:17-cv-01759-WBS-CKD

The parties have stipulated to continue the scheduling conference to allow them more time to complete the settlement of this matter. Good cause appearing, the Court ORDERS:

1. **The Status Conference scheduled for January 16, 2018 is continued to February 26, 2018 at 1:30 p.m.**
2. Plaintiffs SHALL file their Notice of Settlement no later than February 13, 2018, or the parties shall file a Joint Status Conference Statement by that date, if settlement has not been finalized.
3. Defendant Ford Motor Company SHALL file its responsive pleading to the Complaint by February 13, 2018.

**IT IS SO ORDERED**.

Dated: December 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-
PROPOSED ORDER RE CONT. OF SCHEDULING CONFERENCE AND RELATED DOCS
Case No. 2:17-cv-01759-WBS-CKD