UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE WYATT, an individual; and JAMES WYATT, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, a corporation; and DOES 1 through 75, inclusive,<br><br>    Defendants. | Case No. 2:17-CV-01759-WBS-CKD<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

On February 1, 2018, Plaintiffs LYNNE WYATT and JAMES WYATT, along with Defendant FORD MOTOR COMPANY, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

///

///

1                                              2:17-CV-01759-WBS-CKD

[PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. This entire action is dismissed with prejudice;

2. Each party shall bear their own fees and costs; and

3. The Court shall retain jurisdiction to enforce terms of the settlement.

Dated: February 2, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE